UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY EARL DUNCAN,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT L. AYERS, JR.,<br>Warden of California State<br>Prison at San Quentin,<br><br>    Respondent. | CASE NO. CV 92-1403 AHS<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT<br><br>[Post-Appeal] |

Pursuant to the mandate of the United States Court of Appeals for the Ninth Circuit issued October 27, 2008, it is hereby ordered that the petition for writ of habeas corpus is GRANTED in part and DENIED in part, as follows:

Insofar as it challenges the judgment of conviction for first degree felony murder, robbery, and grand theft, in the case of People v. Henry Earl Duncan, Los Angeles County Superior Court Case No. A910836, the petition for writ of habeas corpus is DENIED.

Insofar as it challenges the special circumstance finding

and the sentence of death in the case of <u>People v. Henry Earl Duncan</u>, Los Angeles County Superior Court Case No. A910836, the petition for writ of habeas corpus is GRANTED.  The special circumstance finding and the sentence of death shall be VACATED.

The State of California shall either: (a) institute within 90 days of the date of this judgment any proceedings necessary to permit the jury to make a new special circumstance finding, or (b) impose on petitioner a sentence of 25 years to life in prison, with appropriate credit given for time served.

IT IS SO ORDERED.

Dated:   November 3, 2008

ALICEMARIE H. STOTLER
_____
Alicemarie H. Stotler
United States District Judge

## NOTICE PARTY SERVICE LIST     DEATH PENALTY

**Case No.** _____     **Case Title** _____

**Title of Document** _____

| | | | | |
|---|---|---|---|---|
| ☐ | ADR | | ☐ | US Attorneys Office - Civil Division -L.A. |
| ☐ | BAP (Bankruptcy Appellate Panel) | | ☐ | US Attorneys Office - Civil Division - S.A. |
| ☐ | BOP (Bureau of Prisons) | | ☐ | US Attorneys Office - Criminal Division -L.A. |
| ☐ | CA St Pub Defender (Calif. State PD) | | ☐ | US Attorneys Office - Criminal Division -S.A. |
| ☐ | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | ☐ | US Bankruptcy Court |
| ☐ | Case Asgmt Admin (Case Assignment Administrator) | | ☐ | US Marshal Service - Los Angeles (USMLA) |
| ☐ | Chief Deputy Admin | | ☐ | US Marshal Service - Riverside (USMED) |
| ☐ | Chief Deputy Ops | | ☐ | US Marshal Service -Santa Ana (USMSA) |
| ☐ | Clerk of Court | | ☐ | US Probation Office (USPO) |
| ☐ | Death Penalty H/C (Law Clerks) | | ☐ | US Trustee's Office |
| ☐ | Dep In Chg E Div | | ☐ | Warden, San Quentin State Prison, CA |
| ☐ | Dep In Chg So Div | | | |
| ☐ | Federal Public Defender | | | |
| ☐ | Fiscal Section | | | |
| ☐ | Intake Section, Criminal LA | | | |
| ☐ | Intake Section, Criminal SA | | | |
| ☐ | Intake Supervisor, Civil | | | |
| ☐ | MDL Panel | | | |
| ☐ | Ninth Circuit Court of Appeal | | | |
| ☐ | PIA Clerk - Los Angeles (PIALA) | | | |
| ☐ | PIA Clerk - Riverside (PIAED) | | | |
| ☐ | PIA Clerk - Santa Ana (PIASA) | | | |
| ☐ | PSA - Los Angeles (PSALA) | | | |
| ☐ | PSA - Riverside (PSAED) | | | |
| ☐ | PSA - Santa Ana (PSASA) | | | |
| ☐ | Schnack, Randall (CJA Supervising Attorney) | | | |
| ☐ | Statistics Clerk | | | |

☐ *ADD NEW NOTICE PARTY*
**(if sending by fax, mailing address must also be provided)**

Name:

Firm:

Address (*include suite or floor*):

*E-mail:

*Fax No.:

\* For CIVIL cases only

*JUDGE / MAGISTRATE JUDGE (list below):*

**Initials of Deputy Clerk** _____

**NOTICE PARTY SERVICE LIST, CONTINUED**

Case No. CV92-1403-AHS (DEATH PENALTY)
Case Title: HENRY EARL DUNCAN v. AYERS
Document:   JUDGMENT (POST-APPEAL)

**ADD NEW NOTICED PARTIES**:

1.  Henry Earl Duncan
    CDC No. D-30302
    San Quentin State Prison
    San Quentin, CA 94974

2.  Clerk of Court
    Los Angeles Superior Court
    210 W. Temple Street, 2nd Floor
    Los Angeles, CA 90012

3.  Los Angeles County District Attorney's Office
    210 W. Temple Street, 18th Floor
    Los Angeles, CA 90012

4.  Michael G. Millman
    Executive Director of California Appellate Projects
    101 Second Street, Ste. 600
    San Francisco, CA 94105

enm